**Charles TAYLOR, Movant–Appellant,**

v.

**STATE of Missouri,
Respondent–Respondent.**

**No. 53744.**

Missouri Court of Appeals,
Eastern District,
Division One.

July 12, 1988.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 24, 1988.

Application to Transfer Denied
Sept. 13, 1988.

Dorothy Mae Hirzy, Sp. Public Defender, Dave Hemingway, St. Louis, for appellant.

William L. Webster, Atty. Gen., Scott L. Templeton, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals from the denial of his Rule 27.26 motion. We affirm. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).